# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-5027

September Term, 2021

1:22-cv-00084-UNA

**Filed On:** March 22, 2022

Ido Zoldan, ID 039317904,

      Appellant

    v.

Government of the United States,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Tatel and Pillard, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement thereto filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, it is

**ORDERED AND ADJUDGED** that the district court's order filed January 24, 2022 be affirmed. The district court correctly determined that appellant lacked standing to pursue the relief sought. See Lujan v. Defs. of Wildlife, 504 U.S. 555, 573-74 (1992) ("[A] plaintiff raising only a generally available grievance about government . . . does not state an Article III case or controversy."). In addition, appellant has not plausibly alleged any facts that show that appellee has waived its sovereign immunity. See FDIC v. Meyer, 510 U.S. 471, 475 (1994) ("Sovereign immunity is jurisdictional in nature."); Bronner ex. rel. Am. Stud. Ass'n v. Duggan, 962 F.3d 596, 602 (D.C. Cir. 2020) ("[O]nce jurisdiction is in question, 'the party claiming subject matter jurisdiction . . . has the burden to demonstrate that it exists.'") (quoting Khadr v. United States, 529 F.3d 1112, 1115 (D.C. Cir. 2008)).

## No. 22-5027                    September Term, 2021

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk